

FILED

JUL 29 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

THOMAS SEBASTIAN LOPILATO,          BK. NO. 01-23737-B-7
                                    ADV. No. 03-2625
        Debtor.
_____/

NICHOLAS SCOTT FOSTER,
                                    NO. CIV. S-05-1436 LKK
        Plaintiff,

   v.

STEPHEN M. REYNOLDS;
LAW OFFICES OF STEPHEN
M. REYNOLDS; ANNE WOLFE; and
WOLFE REAL ESTATE,

        Defendants.
_____/

### ORDER OF RECUSAL AND REASSIGNMENT

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

////

1

1  IT IS HEREBY ORDERED that:

2  1. The undersigned recuses himself as the judge to whom this case is assigned;

3  2. The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment; and

4  3. This case is REASSIGNED to the Honorable **FRANK C. DAMRELL, JR.**

IT IS SO ORDERED.

DATED: July 28, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2