UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re: THOMAS SEBASTIAN
LOPILATO,

       Debtor(s),
_____

NICHOLAS SCOTT FOSTER,

      Plaintiff(s),

   vs.

STEPHEN M. REYNOLDS, LAW
OFFICES OF STEPHEN M.
REYNOLDS, ANNE WOLFE and ANNE
WOLFE REAL ESTATE,

      Defendant(s).
_____

NO. CIV. S-05-1436 FCD

ADV. No. 03-2625

BK. NO. 01-23737-B-7

ORDER

----oo0oo----

    This matter was referred to this court, from the Bankruptcy
Court, on July 14, 2005 on a Motion to Withdraw Reference filed
by Plaintiff Nicholas Scott Foster.  However, on July 15, 2005,
Bankruptcy Judge Thomas C. Holman, entered an order pursuant to
stipulation of the parties, instructing the Bankruptcy Clerk's
office to "defer" the submission of the motion to the district
court until completion by the parties in the Bankruptcy Dispute

1

1  Resolution Program.

2       Accordingly, this matter is REMANDED bank to the Bankruptcy

3  Court.

4       IT IS SO ORDERED.

5  DATED: August 25, 2005.

6                                    /s/ Frank C. Damrell Jr.
                                     FRANK C. DAMRELL, Jr.
7                                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28